UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STEFANIE CASTRACANE | CIVIL ACTION |
| VERSUS | |
| HELMERICH & PAYNE, INC., ET AL | 23-385-SDD-EWD |

## RULING AND ORDER

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes dated December 5, 2023, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Remand[3] is DENIED, and this matter is referred for entry of a scheduling order.

Signed in Baton Rouge, Louisiana the 16 day of January, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 10.
[3] Rec. Doc. 5.